IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIC LARA, A/K/A ERIC EDWARD LARA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-3783 |
| | § | |
| HCSO, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

Plaintiff, a pretrial detainee, filed this *pro se* section 1983 lawsuit for the alleged violation of his constitutional rights by officers and employees of the Harris County Sheriff's Office. Plaintiff reported under penalty of perjury that he had not filed any other lawsuits, and the Court granted him leave to proceed *in forma pauperis* on January 18, 2018.

The Court has become aware that plaintiff egregiously misstated his litigation history. Plaintiff is a "three-strikes" inmate due to his numerous frivolous lawsuits filed in the United States District Court for the Eastern and Western Districts of Louisiana. *See Lara v. LeBlanc*, C.A. No. 09-05873 (E.D. La. 2009) (denying plaintiff leave to proceed *in forma pauperis* due to his five prior frivolous lawsuits). He has accumulated five "strikes" for purposes of section 1915(g). *See Lara v. State of Louisiana*, C.A. No. 04-2738 (E.D. La. 2004); *Lara v. State of Louisiana*, C.A. No. 05-2661 (E.D. La. 2005);

*Lara v. State of Louisiana*, C.A. No. 05-6860 (E.D. La. 2005); *Lara v. Stalder*, C.A. No. 06-47 (E.D. La. 2006); *Lara v. Stalder*, C.A. No. 03-0308 (W.D. La. 2003).

The instant complaint does not demonstrate that plaintiff was in imminent danger of serious physical injury at the time he filed the case, and he is barred from proceeding *in forma pauperis* herein. 28 U.S.C. § 1915(g). The Court's order granting plaintiff leave to proceed *in forma pauperis* (Docket Entry No. 7) is ORDERED WITHDRAWN. The Clerk of Court is ORDERED not to provide plaintiff free copies of any pleadings or documents.

This case is DISMISSED WITHOUT PREJUDICE under section 1915(g). All pending motions are DENIED AS MOOT. Plaintiff may move to reinstate this case in writing upon payment of the full $400.00 filing fee within twenty-eight days from date of this order.

Signed at Houston, Texas on February 2, 2018.

Gray H. Miller
United States District Judge